2004 OK JUD ETH 3

**JUDICIAL ETHICS OPINION 2004–3.**

**No. 2004–3.**

Oklahoma Judicial Ethics Advisory Panel.

Oct. 27, 2004.

**QUESTION:** May a judge charge a reasonable fee for performing a wedding after court hours outside of the courthouse?

**ANSWER:** No

**DISCUSSION:**

**Canon 4 D. Financial Activities.**

(1) A judge should not engage in financial dealings that:

    (a) may reasonably be perceived to exploit the judge's judicial position, or ..."

Personal retention of payment for performing a marriage is an exploitation of judicial office for personal gain. But for the judge's judicial status, the judge would not have the legal capacity to perform a legally binding marriage ceremony.

/s/ Robert L. Bailey, Chairman

/s/ Robert D. Simms, Vice Chairman

/s/ Milton C. Craig, Secretary